**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

PEI LICENSING, LLC, and PERRY ELLIS )
INTERNATIONAL EUROPE LIMITED, )
                              )
         Plaintiffs, )
                              )        Case No. 1:25-CV-20462-RKA
    v. )
                              )
ESTAR (2018) LIMITED, )
                              )
         Defendant. )

---

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT**
**PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

NOW COME PEI Licensing, LLC and Perry Ellis International Europe Limited ("Plaintiffs"), by and through their attorneys, who file this Notice of Voluntary Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) to dismiss all claims asserted in this action without prejudice. In support thereof, Plaintiffs advise the Court that they have reached a settlement in the above-captioned case, and pursuant to the settlement agreement, each party shall bear their own attorneys' fees and costs incurred in connection with this action.

[Signature Block to Follow]

Dated: September 8, 2025

Respectfully submitted,

By: *Alejandro Brito*
Alejandro Brito, Esq.
Florida Bar No. 098442
abrito@britopllc.com
apiriou@britopllc.com
BRITO PLLC
2121 Ponce de Leon Blvd
Suite 650
Miami, FL 33134
Telephone: (305) 614-4071
Facsimile: (305) 440-4385

By: /Anthony M. DeLongis/
Joseph V. Norvell, Esq.
(Admitted *Pro Hac Vice*)
Anthony M. DeLongis, Esq.
(Admitted *Pro Hac Vice*)
courts@norvellip.com
NORVELL IP LLC
P.O. Box 2461
Chicago, Illinois 60690
Telephone: (888) 315-0732
Facsimile: (312) 268-5063

*Attorneys for Plaintiffs, PEI Licensing and Perry Ellis International Europe Limited*